

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**IMPACTO MEDIA, INC.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee's brief was originally due on September 21, 2020. Appellee has been granted one previous extension until October 2, 2020. On October 5, 2020, appellee filed a second unopposed motion for extension of time stating this is its final request for an extension. The motion is GRANTED and appellee is hereby ORDERED to file its brief no later than October 9, 2020. **No further extensions of time will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court